USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DAVID MICHALOWSKI,                              :
                                                :          20-CV-5108 (VEC)
                                     Plaintiff, :
            -against-                           :          ORDER
                                                :
NBC SPORTS GOLD, LLC, NBCUNIVERSAL              :
MEDIA, LLC, COMCAST CORPORATION,                :
U.S. FIGURE SKATING,                            :
                                                :
                                   Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial pretrial conference is scheduled for **January 15, 2021 at 12:00 p.m.**;

IT IS HEREBY ORDERED THAT: Due to the COVID-19 pandemic, the conference will be held via teleconference. The parties must appear for the hearing by dialing 888-363-4749, using the access code 3121171 and the security code 5108. As previously ordered, the parties' joint submission is due by **January 8, 2021.**

**SO ORDERED.**

**Date: January 5, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**